# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY HIGH, #1030257,<br>*Petitioner*,<br>vs.<br>DWIGHT NEVENS, *et al.*,<br>*Respondents*. | 2:11-cv-00891-JCM-LRL<br><br>ORDER |

This habeas matter comes before the court on petitioner's application (#3) to proceed *in forma pauperis*. Considering the materials submitted, the court finds that petitioner is able to pay the filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that the application (#3) to proceed *in forma pauperis* is DENIED. Petitioner shall have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the clerk of court. Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

IT FURTHER IS ORDERED that the clerk shall send petitioner two copies of this order. Petitioner shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: June 10, 2011

_____
JAMES C. MAHAN
United States District Judge