1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT ANTHONY HIGH,

    *Petitioner*,

vs.

DWIGHT NEVENS, *et al.*

    *Respondents*.

2:11-cv-00891-JCM-LRL

ORDER

Following upon the notice (#9) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the federal public defender's office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Paul G. Turner, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition. The court will screen the amended petition prior to ordering a response.

The clerk shall send a copy of this order to the CJA coordinator for this division.

    DATED:  August 2, 2011.

_____
JAMES C. MAHAN
United States District Judge