# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY HIGH, *Petitioner*, vs. DWIGHT NEVENS, *et al.* *Respondents*. | 2:11-cv-00891-JCM-VCF  ORDER |

Petitioner's motion (#12) for enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to, and including, February 13, 2012.

DATED: December 23, 2011.

_____
JAMES C. MAHAN
United States District Judge