1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   ROBERT ANTHONY HIGH,

10          *Petitioner*,                              2:11-cv-00891-JCM-VCF

11   vs.                                                ORDER

12
13   DWIGHT NEVENS, *et al.*

14          *Respondents*.

15

16          Petitioner's motion (#12) for enlargement of time is GRANTED, and the time for

17   petitioner to file an amended petition is extended up to, and including, February 13, 2012.

18                  DATED:  December 23, 2011.

19
20
21                                          _____
22                                          JAMES C. MAHAN
                                            United States District Judge
23
24
25
26
27
28