# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY HIGH, | |
| *Petitioner*, | 2:11-cv-00891-JCM-VCF |
| vs. | ORDER |
| DWIGHT NEVENS, *et al.* | |
| *Respondents*. | |

Petitioner's motion (#14) for enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including April 13, 2012.

DATED: March 9, 2012.

_____
JAMES C. MAHAN
United States District Judge