# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ANTHONY HIGH,

     *Petitioner*,

vs.

DWIGHT NEVENS, *et al.*

     *Respondents*.

2:11-cv-00891-JCM-VCF

ORDER

     Petitioner's motion (#14) for enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including April 13, 2012.

DATED:  March 9, 2012.

_____
JAMES C. MAHAN
United States District Judge