# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ANTHONY HIGH,

    *Petitioner*,

vs.

DWIGHT NEVENS, *et al.*

    *Respondents*.

2:11-cv-00891-JCM-VCF

ORDER

Petitioner's motion (#17) for enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including May 25, 2012.

DATED April 13, 2012.

_____
JAMES C. MAHAN
United States District Judge