# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY HIGH, <br>     *Petitioner*, <br> vs. <br> DWIGHT NEVENS, et al., <br>     *Respondents*. | 2:11-cv-00891-APG-VCF <br><br> ORDER |

This habeas matter is before the court on respondents' motion for extension of time to answer the petition (Dkt. #59). Good cause appearing, the motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time to answer the petition (Dkt. #59) is **GRANTED**. Respondents shall file and serve their answer on or before July 30, 2015.

Dated this 8 day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE